William Jurney, Plaintiff-Appellant, v. Joseph Lubeznik, a/k/a Joseph Lubcznick or a/k/a Joseph Lubeznick, Defendant-Appellee.

Gen. No. 49,705. 

First District, Second Division.

November 10, 1964.

Lloyd P. Douglas, of Chicago, for appellant; No brief filed by appellee. Opinion by JUSTICE BURKE. Not to be published in full.